IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 96-31109

———————————————

ESSEX INSURANCE COMPANY

Plaintiff-Appellant,

versus

BAYOU CONCESSION SALVAGE, INC, ET AL

Defendants,

JOSE ANTONIO MORALES, SR, Individually and
as administrator of the Estate of
Antonio Morales Jr; CARMEN MORALES;
EMILIA MORENO RAMIREZ, Individually
and as next friend of Antonio Morales, III, a minor

Defendants-Appellees.

———————————————

Appeal from the United States District Court
For the Eastern District of Louisiana
(95-CV-3401)

———————————————

August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

This appeal is dismissed for want of jurisdiction. The judgment below did not dispose of all the parties, and there is no Rule 54(b) certificate. Appeal DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.